IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICK J. HOPKINS<br>Petitioner, | : | CIVIL ACTION |
| v. | : | |
| SUPT. SCI-BENNER-TWP., et al.,<br>Respondents. | : | NO. 15-1652 |

### ORDER

**AND NOW**, this 5th day of January, 2016, upon careful and independent consideration of the petition for a writ of habeas corpus as amended, the motion to stay, the response, the reply, and available state court records, and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for a writ of habeas corpus is placed **IN SUSPENSE** until the conclusion of Petitioner's state collateral review proceedings; and

3. Petitioner **SHALL NOTIFY** the Court within thirty days of the conclusion of the state proceedings in his case so that the habeas petition may proceed in this Court.

BY THE COURT:

/s/ Joseph F. Leeson, Jr.
JOSEPH F. LEESON, JR.,     J.